# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COREY RICHARD HORNE,** : | |
|     Petitioner : | Civil Action No. 1:11-cv-01062 |
| : | |
| v. : | (Chief Judge Kane) |
| : | |
| **THOMAS KEARNEY, District Attorney,** : | (Magistrate Judge Blewitt) |
| **York County, et al.,** : | |
|     Respondents : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On August 10, 2012, Magistrate Judge Blewitt issued a Report and Recommendation, wherein he recommends that Petitioner's amended petition for a writ of habeas corpus be dismissed without prejudice for failure to exhaust state court remedies. (Doc. No. 25.) No timely objections have been filed.

**ACCORDINGLY**, on this 28th day of August 2012, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Blewitt's Report and Recommendation (Doc. No. 25) is **ADOPTED**;

2. Respondents' motion to dismiss Petitioner's amended petition for a writ of habeas corpus (Doc. No. 19) is **GRANTED**;

3. Petitioner's amended petition for a writ of habeas corpus (Doc. No. 17) is **DISMISSED WITHOUT PREJUDICE**;

4. The Clerk of Court is directed to close the case; and

5. No certificate of appealability shall issue.

                                                        S/ Yvette Kane
                                                        Yvette Kane, Chief Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania